UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STEVEN GEORGILS, individually and as assignee of
Green Diamond Tire Factory Corp. LTD, *et al.*,

                          Plaintiffs,

    v.

CORNING FEDERAL CREDIT UNION, also known as
Corning Credit Union, *et al.*

                          Defendants.
-------------------------------------------------------------------X

**ORDER REGARDING FED. R. CIV. P. 4(m)**

25-CV-2417
(Morrison, J.)
(Marutollo, M.J.)

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

    The Court's records reflect that the Complaint in this action was filed on May 1, 2025. Dkt. No. 1. Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon Defendants by **August 6**, **2025,** or if Plaintiffs fail to show good cause why such service has not been effected by that date, the undersigned will recommend to the Honorable Nina R. Morrison, United States District Judge, that the Court dismiss this action without prejudice. Plaintiffs shall promptly advise the Court once Defendants have been served.

    Plaintiffs are required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of Plaintiffs' current addresses means the Court will not know where to contact Plaintiffs and may result in dismissal of the case.

For information regarding court procedures, Plaintiffs may contact the *Pro Se* Office at the United States Courthouse by calling (718) 613-2665.

Dated: Brooklyn, New York  　　　　　　　　　　SO ORDERED.
　　　　May 8, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　  */s/ Joseph A. Marutollo*
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH A. MARUTOLLO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge